# H. BENJAMIN PEREZ & ASSOCIATES, P.C.
ATTORNEYS AND COUNSELORS AT LAW

June 25, 2026

**BY ECF**

Honorable Judge Natasha C. Merle
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:    United States v. Bibi, et al.
Docket No. 26-CR-175 (NCM)

Dear Judge Merle:

    I am defense counsel for Atia Shahnaz. I write on behalf of my client to respectfully request permission for her to travel to Washington, D.C. between the dates of July 12th-15th, 2026, for a professional conference.

    Ms. Shahnaz has been invited to be a guest speaker for the American Muslim and Multifaith Women's Empowerment Council. That organization is hosting their National Coalition Conference on Antisemitism and Hate in Washington, D.C. from July 13th – 14th, and Ms. Shahnaz had agreed to attend and speak at the event. She would be leaving to Washington on July 12th and returning to New York on July 15th at the latest.

    Prior to filing this request, Ms. Shahnaz spoke to her pretrial officer to inform pretrial services of her desire to take this trip. She was informed by her pretrial officer that the office had no objection if permission was sought and granted by the Court. Ms. Shahnaz will comply with any mandates the Court imposes during this trip.

    In addition, I have spoken with AUSA Patrick J. Campbell and the government has no objection.

    Thank you for your attention and consideration to the foregoing.

Respectfully submitted,

H. Benjamin Perez, Esq.

cc:    AUSA Patrick J. Campbell (By ECF)